IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00538-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2003 Infiniti G35, VIN: JNKCV54E43M223462, and
$980.00 in United States Currency,

    Defendants.
_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881(a)(4) and (6);

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimants Theresa and Richard Jiminez have reached a settlement in this case and have filed a Settlement Agreement with the Court resolving all issues in dispute as to these defendant property;

THAT no other claims to the above listed defendant property have been filed;

THAT forfeiture of defendant $980 in United States Currency and $1,000.00 in lieu of 2003 Infiniti G35, VIN: JNKCV54E43M223462 shall enter in favor of the United

1

States;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881(a)(4) and (6).

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of defendant $980 in United States Currency and $1,000.00 in lieu of 2003 Infiniti G35, VIN: JNKCV54E43M223462 shall enter in favor of the United States; the United States shall have full and legal title to the defendant properties, and may dispose of them in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to these defendant properties pursuant to 28 U.S.C. § 2465.

SO ORDERED this _____ day of ___May 29, 2014___, 2014.

BY THE COURT:

_____
KATHLEEN M. TAFOYA
United States Judge
**Kathleen M. Tafoya**
**United States Magistrate Judge**