IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00538-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2003 Infiniti G35, VIN: JNKCV54E43M223462, and
$980.00 in United States Currency,

        Defendants.
_____

**FINAL JUDGMENT**
_____

        Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Magistrate Judge Kathleen M. Tafoya, the following JUDGMENT is hereby entered:

        1.    That forfeiture of $1,000.00 in lieu of defendant 2003 Infinity G 35, VIN: JNKCV54E43M223462 including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881.

        2.    That forfeiture of $980.00 in United States Currency is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881.

        3.    That the United States shall have full and legal title as to the above described defendant properties and may dispose of said property in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

        4.    That Final Order of Forfeiture shall serve as a Certificate of Reasonable

Cause as to all defendant property under 28 U.S.C. § 2465.

5.    Per the parties' settlement agreement, the parties have waived their entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Done at Denver, Colorado this __30th_ day of _____May_____, 2014.

                      JEFFREY P. COLWELL
                      Clerk of the U.S. District Court

                      By:  _s/Emily Seamon_____
                             Deputy Clerk